IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEVIN TORGERSON,

    Plaintiff,

v.                                   1:21-cv-00204-KWR-LF

CHRISTOPHER STARR,

    Defendant.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

    IT IS HEREBY ORDERED that a status conference will be held by telephone on

**Thursday, October 14, 2021**, at **2:00 p.m.** Counsel shall call my AT&T toll-free conference line

at 1-888-363-4734 and dial access code 5407449 to be joined to the proceedings.


                                  _____

                                  Laura Fashing

                                  United States Magistrate Judge