IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEVIN TORGERSON,

    Plaintiff,

v.                                                            1:21-cv-00204-KWR-LF

CHRISTOPHER STARR,

    Defendant.

## AMENDED ORDER GRANTING MOTION TO EXTEND CASE MANAGEMENT DEADLINES

THIS MATTER came before the Court on Plaintiff's Stipulated Motion to Modify and Extend Current Case Management Deadlines, filed on October 13, 2021.  Doc. 23.  Having reviewed the motion, the Court finds it is well-taken and extends the scheduling order deadlines as follows:

| | | |
|---|---|---|
| a) | Plaintiff's Rule 26(a)(2) expert disclosure: | January 17, 2022 |
| b) | Defendant's Rule 26(a)(2) expert disclosure: | March 1, 2022 |
| c) | Termination date for discovery: | April 15, 2022 |
| d) | Motions relating to discovery to be filed by: | May 6, 2022 |
| e) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: | May 31, 2022 |
| f) | Proposed Pretrial Order:  Plaintiff to Defendant by: | June 24, 2022 |
| | Defendant to Court by: | July 7, 2022 |

All other deadlines and discovery parameters remain as previously set.  Any extension of the case management deadlines must be approved by the Court.  Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery deadline.

**IT IS SO ORDERED.**

_____
Laura Fashing
United States Magistrate Judge