# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**TORGERSON,**

    **Plaintiff,**

**v.**                                           No. 1:21-cv-00204-DHU-LF

**STARR,**

    **Defendant.**

## FINAL JUDGMENT

Consistent with Federal Rule of Civil Procedure 58, the Court hereby enters this Final Judgment dismissing this action with prejudice.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE